|   |   |
|---|---|
| **To:** | The Honorable Robert J. Conrad, Jr. <br> U.S. District Court Judge |
| **From:** | Valerie G. Debnam <br> U.S. Probation Officer |
| **Subject:** | Javier Castaneda Calvillo <br> Case Number: 0419 5:17CR00016- 001 <br> **OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 8/7/2018 |



**NORTH CAROLINA WESTERN MEMORANDUM**

Mr. Calvillo appeared before The Honorable Andrew S. Haven on July 29, 2010, for Possession with Intent to Distribute a Quantity in excess of 1 Kilogram of Heroin, a Schedule I Controlled Substance. Mr. Calvillo was sentenced to eighty - seven (87) months imprisonment followed by a three (3) year term of supervised release. Supervised release began on May 28, 2015 in the Western District of North Carolina. Jurisdiction was later transferred to this district on March 16, 2018.

Mr. Calvillo has submitted a request to travel to Mexico, with his girlfriend on family business. Mr. Calvillo will leave on August 17, 2018 and returning in August 20, 2018. He will be staying with his girlfriend's grandparents at Arroyo Grande Muicipio De ZimaPan, 42330 Hidalgo, Mexico.

Mr. Calvillo has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Calvillo be allowed to travel to Hidalgo, Mexico as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704- 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: August 7, 2018

_____
Robert J. Conrad, Jr.
United States District Judge